AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Nathan A. Saunders, II
3224 Wheeler Rd SE
Washington, D.C. 20032
202.563.2363

**SUMMONS IN A CIVIL CASE**

V.

George Parker et. al

CASE NUMBER: 1:08-CV-00715 RMC

TO: (Name and address of Defendant)

U.S. Attorney for the District of Columbia
501 - 3rd Street, NW
Washington, DC 20001
on behalf of Adrian Fenty, Mayor

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S PRO SE. (name and address)

Nathan A. Saunders, II Pro Se
3224 Wheeler Rd SE
Washington, DC 20032

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

RECEIVED    MAY - 6 2008
CLERK                      DATE

MAY 16 2008
DEPUTY CLERK
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 5-15-08 |

| NAME OF SERVER *(PRINT)* Dan Portnoy | TITLE Professional Process Server |
|---|---|

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Documents served to Lakesha Carroll - Docket clerk - Authorized to accept

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL 50— |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5-12-08
                Date

Signature of Server

(240) 423-9244
9742 Hedin Drive S.S. md 20903
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Nathan A. Saunders, II District of Columbia
3224 Wheeler Rd, SE
Washington, D.C. 20032
202.563.2363

**SUMMONS IN A CIVIL CASE**

V.

George Parker et. al.

CASE NUMBER: 1:08-cv-00715 RMC

TO: (Name and address of Defendant)

U.S. Attorney General
on behalf of Adrian Fenty, Mayor
950 Pennsylvania Ave, NW
Washington, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S PRO SE (name and address)

Nathan A. Saunders, II  Pro Se
3224 Wheeler Rd SE
Washington, D.C. 20032

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

RECEIVED    MAY - 6 2008

CLERK                                                           DATE

By) DEPUTY CLERK   MAY 16 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 5-15-08 |

| NAME OF SERVER (PRINT) Dan Forfany | TITLE Professional Process Server |
|---|---|

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Documents served to Donna Monroe - Document clerk - Authorized to accept

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL 50.— |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5-15-08
Date

Signature of Server

(240) 423-7244
9742 Hedin Drive S.S. Md 20903
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.