AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Nathan A. Saunders, II
3224 Wheeler Road, SE
Washington, D.C. 20032
202.563.2363

**SUMMONS IN A CIVIL CASE**

V.

George Parker et. al.

CASE NUMBER: 1:08-CV-00715 RMC

TO: (Name and address of Defendant)

Michelle Rhee, Chancellor, DCPS
825 North Capitol Street, NE
9th Floor
Washington, D.C. 20002

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S PRO SE ~~ATTORNEY~~ (name and address)

Nathan A. Saunders, II Pro Se
3224 Wheeler Rd, SE
Washington, D.C.
20032

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**RECEIVED**
**NANCY M. MAYER-WHITTINGTON**
**MAY 16 2008**

NANCY MAYER WHITTINGTON    CLERK
U.S. DISTRICT COURT

MAY -6 2008
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 5-15-08 |
| NAME OF SERVER (PRINT) Dan Portnoy | TITLE Professional Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Documents served to General Counsel's office for DCPS Chancellor — Latana Gillespie - Legal Assistant and Authorized to accept

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL 50 — |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5-17-08
             Date

Signature of Server

(240) 423-9244
9742 Hedin Drive S.S. MD 20903
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
District of Columbia

Nathan A. Saunders, II
3224 Wheeler Rd, SE
Washington, D.C. 20032
202.563.2363

V.

George Parker et. al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:08-CV-00715  RMC

TO: (Name and address of Defendant)

The Honorable Adrian Fenty, Mayor
Executive Office of the Mayor
1350 Pennsylvania Avenue, NW
Suite 310
Washington, D.C. 20004

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ~~ATTORNEY~~ PRO SE (name and address)

Nathan A. Saunders, II  Pro Se
3224 Wheeler Rd SE
Washington D.C. 20032

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**RECEIVED**
**NANCY M. MAYER-WHITTINGTON**
MAY 16 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CLERK

By) DEPUTY CLERK

MAY -6 2008
DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 5-15-08 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Dan Fortney | Professional Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Documents served to Mayors Assistant - Tabitha Braxton - Authorized to accept

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5-12-08
            Date            Signature of Server

(240) 423-9244
9742 Hedin Drive S.S. md 20903
Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Nathan A. Saunders
3224 Wheeler Road, SE
Washington, D.C. 20032
202.563.2363

V.

George Parker et. Al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:08-CV-00715 RMC

TO: (Name and address of Defendant)

John Tatum
490 L'Enfant Plaza, SW
Suite 7200
Washington, D.C. 20024

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S PRO SE ~~ATTORNEY~~ (name and address)

Nathan A. Saunders, II   Pro Se
3224 Wheeler Rd SE
Washington, D.C. 20032

an answer to the complaint which is served on you with this summons, within **20** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON    **RECEIVED**    MAY - 6 2008
CLERK                                          DATE

_(signature)_   MAY 1 6 2008
(By) DEPUTY CLERK   NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 5-15-08 |
| NAME OF SERVER (PRINT) Dan Portnoy | TITLE Professional Process Server |

_Check one box below to indicate appropriate method of service_

☑ Served personally upon the defendant. Place where served: 490 L'Enfant Plaza S.W. DC 20024 Suite # 7200

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL 50— |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5-10-08
Date    Signature of Server

(240) 423-9244
9742 Hedin Drive S.S. MD 20903
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Nathan A. Saunders, II
3224 Wheeler Road, SE
Washington, D.C. 20032
202.563.2363
V.

**SUMMONS IN A CIVIL CASE**

George Parker et. al.

CASE NUMBER: 1:08-CV-00715 RMC

TO: (Name and address of Defendant)

Mr. Joseph Carillo
6816 - 32nd Street, NW
Washington, D.C. 20015

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S PRO SE ~~ATTORNEY~~ (name and address)

Nathan A. Saunders, II   Pro Se
Washington, D.C.
3224 Wheeler Rd SE
Washington, D.C. 20032

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

CLERK

By) DEPUTY CLERK

**RECEIVED**
MAY - 6 2008
DATE

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT
MAY 16 2008

AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 5-15-08 |
| NAME OF SERVER (PRINT) Dan Portnoy | TITLE Professional Process Server |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: 6816 32nd Street N.W. DC 20015

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | 187.50 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5-14-08
            Date

Signature of Server

(240) 423-9244
9742 Hedin Drive S.S. md 20903
Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Nathan A. Saunders, II
3224 Wheeler Road, SE
Washington, D.C. 20032
202.563.2363

V.

George Parker, et. al.
490 L'Enfant Plaza, SW
Suite 7200
Washington, D.C. 20024

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:08-cv-00715 RMC

TO: (Name and address of Defendant)

George Parker
490 L'Enfant Plaza, SW
Suite 7200
Washington, D.C. 20024

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ~~ATTORNEY~~ **PRO SE** (name and address)

Nathan A. Saunders, Pro Se
3224 Wheeler Road, SE
Washington, D.C. 20032

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**              **MAY - 6 2008**
CLERK                                         DATE
RECEIVED

(By) DEPUTY CLERK

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 5-15-08 |
| NAME OF SERVER (PRINT) Dan Portnoy | TITLE Professional Process Server |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: 490 L'Enfant Plaza S.W. DC 20024 suite #7200

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL 50 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5-10-08
Date / Signature of Server

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Nathan A. Saunders
3224 Wheeler Rd, SE
Washington, D.C. 20032
202.563.2363

V.

George Parker et. Al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:08-cv-00715 RMC

TO: (Name and address of Defendant)

Erich Martel
490 L'Enfant Plaza, SW
Suite 7200
Washington, DC 20024

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S PRO SE (name and address)

Nathan A. Saunders, II Pro Se
3224 Wheeler Rd SE
Washington, DC 20032

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER WHITTINGTON

CLERK                     MAY 1 6 2008

By) DEPUTY CLERK    NANCY MAYER WHITTINGTON, CLERK
                    U.S. DISTRICT COURT

RECEIVED
MAY - 6 2008
DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 5-15-08 |
| NAME OF SERVER (PRINT) Dan Portnoy | TITLE Professional Process Server |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: 490 L'Enfant Plaza S.W. DC, 20024 suite # 7200

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL 50— |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5-10-08
Date

Signature of Server

(240) 423-9244
9742 Hedin Drive S.S. md 20903
Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### District of Columbia

Nathan A. Saunders, II
3224 Wheeler Rd, SE
Washington, D.C. 20032
202.563.2363

V.

George Parker et. Al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:08-cv-00715 RMC

TO: (Name and address of Defendant)

American Federation of Teachers
Edward J. McElroy
555 New Jersey Avenue, NW
Washington, D.C. 20001

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S PRO SE (name and address)

Nathan A. Saunders, II  Pro Se
3224 Wheeler Rd SE
Washington, D.C. 20032

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

**RECEIVED MAY 1 6 2008**

MAY - 6 2008
DATE

By) DEPUTY CLERK  NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 5-15-08 |
| NAME OF SERVER (PRINT) Dan Portnoy | TITLE Professional Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Documents delivered to American Federation of Teachers General Counsel David Strom – Authorized to recieve

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL 50 — |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5-12-08
              Date                 Signature of Server

(240) 423-9244
9742 Hedin Drive S.S. MD 20903
Address of Server

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Nathan A. Saunders, II
3224 Wheeler Rd, SE
Washington, D.C. 20032
202.563.2363

V.

George Parker et. al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:08-cv-00715 RMC

TO: (Name and address of Defendant)

Charles Henry "Clay" White, II
490 L'Enfant Plaza, SW
Suite 7200
Washington, D.C. 20024

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S PRO SE ~~ATTORNEY~~ (name and address)

Nathan A. Saunders, II Pro Se
3224 Wheeler Rd, SE
Washington, D.C. 20032

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER WHITTINGTON                    MAY - 6 2008
CLERK                                       DATE

(By) DEPUTY CLERK

RECEIVED
MAY 16 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and complaint was made by me[(1)]

**DATE** 5-15-08

**NAME OF SERVER (PRINT)** Dan Portnoy

**TITLE** Professional Process Server

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 1905 Seminary Road Silver Spring, MD 20901

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          | 100 — |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5-14-08
    Date

Signature of Server

(240) 423-9244
9742 Hedin Drive S.S. MD 20903
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### District of Columbia

Nathan A. Saunders, II
3224 Wheeler Rd, SE
Washington, D.C.
202.563.2363      20032

V.

**SUMMONS IN A CIVIL CASE**

George Parker et. al.

CASE NUMBER: 1:08-cv-00715 RMC

TO: (Name and address of Defendant)

Mr Al Squire
555 New Jersey Ave, NW
Washington, D.C. 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S PRO SE ~~ATTORNEY~~ (name and address)

Nathan A. Saunders, II    Pro Se
3224 Wheeler Road, SE
Washington, D.C. 20032

an answer to the complaint which is served on you with this summons, within _20_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

RECEIVED

CLERK

By) DEPUTY CLERK

MAY - 6 2008
DATE

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and complaint was made by me[(1)]  
DATE 5-15-08

NAME OF SERVER (PRINT) Dan Portnoy  
TITLE Professional Process Server

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Documents delivered to American Federation of Teachers General Counsel David Strom - Authorized to receive

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL 50- |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5-12-08  
Date

Signature of Server

(240) 423-9244  
9742 Hedin Drive SS, md 20903  
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Nathan A. Saunders, II
3224 Wheeler Rd SE
Washington, D.C. 20032
202.563.2363

V.

George Parker et. al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:08-cv-00715 RMC

TO: (Name and address of Defendant)

Lorraine Smith
490 L'Enfant Plaza, SW
Suite 7200
Washington, D.C. 20024

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S PRO SE ~~ATTORNEY~~ (name and address)

Nathan A. Saunders, II  Pro Se
3224 Wheeler Road, SE
Washington, D.C. 20032

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER WHITTINGTON
RECEIVED

CLERK

MAY 1 6 2008
(By) DEPUTY CLERK

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MAY - 6 2008
DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 5-15-08 |
| NAME OF SERVER (PRINT) Dan Fortnoy | TITLE Professional Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 490 L'Enfant Plaza S.W. DC 20024 suite #7200

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL 50— |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5-10-08
            Date          Signature of Server

(240) 423-9244
9742 Hedin Drive SS md 20903
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.