UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Nathan A. Saunders, II | : | |
| | : | |
| Plaintiff, | : | Civil Action No. |
| | : | 2008 CA 00715 (RMC) |
| | : | |
| v. | : | |
| | : | |
| Parker, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

**DEFENDANTS ADRIAN FENTY'S AND MICHELLE RHEE'S CONSENT
MOTION TO ENLARGE THE TIME TO RESPOND TO THE COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b)(1), Defendants Adrian Fenty and Michelle Rhee, by undersigned counsel, hereby respectfully request an enlargement of time to respond to the plaintiff's Complaint.

1. The Complaint was served upon the Defendants Fenty and Rhee on May 15, 2008. The response is due on June 4, 2008.

2. Defendants Fenty and Rhee move this Court for an enlargement of time until July 1, 2008, to file their response to the Complaint for the following reasons:

   a) The Complaint makes significant allegations regarding events surrounding the passage of the Public Education Personnel Reform Amendment Act of 2007, which will require significant time to investigate the facts, interview key personnel, and prepare a thorough response; and

   b) Pro se plaintiff Nathan Saunders has consented to this enlargement.

WHEREFORE, Defendants Adrian Fenty and Michelle Rhee request an enlargement of time to file their answer or other responsive pleading to Plaintiff's Complaint until July 1, 2008.

        Respectfully submitted,

        PETER NICKLES
        Interim Attorney General for the
        District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division

        ELLEN EFROS [250746
        Chief, Equity I

        ____/s/_____
        Grace Graham  [472878]
        Assistant Attorney General, DC
        441 Fourth Street, NW
        Sixth Floor South
        Washington, DC  20001
        202-442-9784
        Grace.graham@dc.gov

Case 1:08-cv-00715-RMC    Document 4    Filed 05/28/2008    Page 2 of 7

**CERTIFICATE PURSUANT TO LCvR-CIVIL 7.1**

      The undersigned counsel hereby certifies that on May 16, 2008, she contacted pro se plaintiff Nathan Saunders via telephone and advised him of Defendants Adrian Fenty's and Michelle Rhee's intention to file this motion for enlargement of time.  Mr. Saunders consented to the relief requested herein.

                                                    ___/s/_____
                                                    Grace Graham  [472878]
                                                    Assistant Attorney General, DC
                                                    441 Fourth Street, NW
                                                    Sixth Floor South
                                                    Washington, DC  20001
                                                    202-442-9784
                                                    Grace.graham@dc.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 28, 2008, I served a copy of the foregoing Consent Motion to Enlarge the Time to Respond to the Complaint; Memorandum of Points and Authorities in support thereof; and proposed order via electronic and first class mail upon the following:

Nathan A. Saunders
3224 Whelan Place
Washington, D.C. 20032

/s/ Grace Graham
Grace Graham
Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Nathan A. Saunders, II | : | |
| | : | |
| Plaintiff, | : | Civil Action No. |
| | : | 2008 CA 00715 (RMC) |
| | : | |
| v. | : | |
| | : | |
| Parker, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS ADRIAN FENTY'S AND MICHELLE RHEE'S CONSENT MOTION TO ENLARGE THE TIME TO RESPOND TO THE COMPLAINT**

1. Fed. R. Civ. P. 6(b).

2. The consent of the Plaintiff.

3. The equitable powers of this Court.

Respectfully submitted,

PETER NICKLES
Interim Attorney General for the
District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

ELLEN EFROS [250746
Chief, Equity I

  /s/
Grace Graham  [472878]
Assistant Attorney General, DC
441 Fourth Street, NW
Sixth Floor South
Washington, DC  20001
202-442-9784

Grace.graham@dc.gov

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Nathan A. Saunders, II | : | |
| | : | |
| Plaintiff, | : | Civil Action No. |
| | : | 2008 CA 00715 (RMC) |
| | : | |
| v. | : | |
| | : | |
| Parker, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

**ORDER**

Upon consideration of Defendants Adrian Fenty's and Michelle Rhee's Consent Motion for an Enlargement of Time to Respond to the Complaint, it is hereby

**ORDERED**, that Defendants' Motion is **GRANTED**. The schedule is enlarged, and it is further

**ORDERED** that Defendants Adrian Fenty and Michelle Rhee shall file their response to the Complaint on or before July 1, 2008.

_____
Judge Rosemary M. Collyer

1