IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATHAN A. SAUNDERS, II, <br><br> Plaintiff, <br><br> v. <br><br> GEORGE PARKER, *et al.*, <br><br> Defendants. | Case No. 1:08-cv-00715 (RMC) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Daniel J. McNeil as counsel for Defendants, Edward J. McElroy, Al Squire and the American Federation of Teachers, AFL-CIO in the above-entitled action.

Dated: May 29, 2008

      /s/Daniel J. McNeil
Daniel J. McNeil (D.C. Bar No. 455712)

American Federation of Teachers
555 New Jersey Avenue, N.W.
Washington, DC  20001
Telephone:  (202) 393-7472
Facsimile:  (202) 393-6385

*Attorney for Al Squire, Edward J. McElroy, and the American Federation of Teachers, AFL-CIO*

## **CERTIFICATE OF SERVICE**

I certify that on May 29, 2008, a copy of the foregoing Notice of Appearance was served by first-class U.S. Mail postage pre-paid, to:

Nathan A. Saunders, II
3224 Wheeler Road, SE
Washington, D.C. 20032


Dated: May 29, 2008                 _____/s/ Daniel J. McNeil_____
                                    Daniel J. McNeil
                                    AMERICAN FEDERATION OF TEACHERS, AFL-CIO