IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATHAN A. SAUNDERS, II,

    Plaintiff,

v.

GEORGE PARKER, *et al.*,

    Defendants.

Case No. 1:08-cv-00715 (RMC)

**DEFENDANTS JOINT MOTION FOR EXTENSION OF TIME
TO FILE A RESPONSIVE PLEADING**

Defendants George Parker, Charles Henry "Clay" White, II, Lorraine Smith, John Tatum, Erich Martel, Joseph M. Carrillo, Al Squire, Edward J. McElroy, and the American Federation of Teachers, AFL-CIO, by and through their attorneys, respectfully move this Court for an extension of time to file a responsive pleading in the above captioned lawsuit.  At present, the response is due no later than Wednesday, June 4, 2008.  For the reasons stated below, these defendants request an extension of time until July 3, 2008, to file its response to the complaint.

There is good cause for the Court to grant this motion. The plaintiff's *pro se* complaint consists of 47 pages with over 50 pages of attached exhibits.  The complaint does not comply with Fed. R. Civ. P. 8(a) to the extent that it does not contain separately numbered paragraphs with "a short and plain statement of the claim showing that the pleader is entitled to relief." Rather, the *pro se* complaint consists of unnumbered paragraphs that are written in prose style containing a mixture of argument and allegations of fact.  The various counts against the defendants are wide-ranging and appear to be based on statute and common law.  Counsel for the defendants were only recently served with the complaint and counsel for the defendants need

time to investigate the various factual allegations so that defendants may properly respond.

The defendants respectfully request that for the foregoing good cause shown, the Court grant an extension of time for thirty (30) days until July 3, 2008.

Counsel for the defendants has requested consent from the plaintiff for this request for an extension of time, but has not received a definite answer.

Date:   May 29, 2008                                  Respectfully submitted,

                                                      AMERICAN FEDERATION OF TEACHERS

                                                      By:   /s/ David Strom
                                                            David Strom (DC Bar No. 376233)
                                                            Daniel McNeil (DC Bar No. 455712)
                                                            555 New Jersey Avenue, NW
                                                            Washington, DC 20001
                                                            (202) 393-7472/Fax (202) 393-6385
                                                            dstrom@aft.org
                                                            dmcneil@aft.org

                                                      *Attorneys for Al Squire, Edward J. McElroy, and the American Federation of Teachers, AFL-CIO*

                                                      O'DONNELL, SCHWARTZ & ANDERSON, P.C.

                                                      By:   /s/ Lee Jackson
                                                            Lee Jackson (DC Bar No. 436010)
                                                            Jennifer Ku (DC Bar No. 976439)
                                                            1300 L Street, NW, Suite 1200
                                                            Washington, DC 20005
                                                            (202) 898-1707/Fax (202) 682-9276
                                                            ljackson@odsalaw.com

                                                      *Attorneys for George Parker, Charles Henry "Clay" White, II, Lorraine Smith, John Tatum, Erich Martel, and Joseph M. Carrillo*

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day caused the following people to be served by first-class U.S. Mail postage pre-paid with a copy of the foregoing Joint Motion for an Extension of Time and a proposed order.

>Nathan A. Saunders, II
>3224 Wheeler Road, SE
>Washington, D.C. 20032

Dated: May 29, 2008                    _____/s/ Daniel J. McNeil_____
                                       Daniel J. McNeil
                                       AMERICAN FEDERATION OF TEACHERS, AFL-CIO

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATHAN A. SAUNDERS, II,

    Plaintiff,

v.

GEORGE PARKER, *et al.*,

    Defendants.

Case No. 1:08-cv-00715 (RMC)

**PROPOSED ORDER**

Upon consideration of Defendants' Joint Motion for an Extension of Time, it is this _____ day of _____, 2008, hereby

**ORDERED** that Defendants' Joint Motion for Extension of Time is **GRANTED**. It is further,

**ORDERED** that the defendants shall have until July 3, 2008, to file a response to the complaint.

_____
United States District Court Judge