UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATHAN A. SAUNDERS, II, | ) |
| Plaintiff | ) |
| v. | ) Case No. 1:08-cv-00715-RMC |
| GEORGE PARKER et al, | ) |
| Defendant. | ) |

**NOTICE OF APPEARANCE**

Please enter my appearance as counsel for defendants George Parker, Charles Henry "Clay" White, II, Lorraine Smith, John Tatum, Erich Martel, and Joseph M. Carrillo in the above captioned matter.

Date:   June 3, 2008

Respectfully submitted,

O'DONNELL, SCHWARTZ & ANDERSON, P.C.

By:   */s/ Lee W. Jackson*
        Lee W. Jackson (DC Bar No. 436010)
        Jennifer Ku (DC Bar No. 976439)
        1300 L Street, NW, Suite 1200
        Washington, DC 20005
        (202) 898-1707/Fax (202) 682-9276
        ljackson@odsalaw.com

*Attorneys for George Parker, Charles Henry "Clay" White, II, Lorraine Smith, John Tatum, Erich Martel, and Joseph M. Carrillo*

**Certificate of Service**

I hereby certify that I have this day caused the following people to be served by first-class mail postage pre-paid with a copy of the foregoing Notice of Appearance.

    Nathan A. Saunders, II
    3224 Wheeler Road, SE
    Washington, D.C. 20032

June 3, 2008                                                                                  */s/ Lee W. Jackson*
                                                                                                          Lee W. Jackson