# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAUNDERS, | : |
| | : |
| Plaintiff, | : |
| | : Civil Action No. 2008- 00715 |
| v. | : Judge Rosemary M. Collyer |
| | : |
| PARKER, *et al.*, | : |
| | : |
| Defendants. | : |
| | : |

## NOTICE OF APPEARANCE

It is requested that the Clerk of the Court please enter the appearance of Cary D. Pollak. Senior Assistant Attorney General, D.C., as counsel for defendants Adrian Fenty and Michelle Rhee in the above-captioned matter.

    Respectfully submitted,

    PETER J. NICKLES
    Interim Attorney General for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General
    Civil Litigation Division

    /s/ Ellen Efros
    ELLEN EFROS [#250746]
    Chief, Equity I Section

    /s/ Cary D. Pollak
    CARY D. POLLAK [#055400]
    Senior Assistant Attorney General
    441 Fourth Street, N.W.
    Sixth Floor South
    Washington, D.C. 20001
    (202) 724-6604
    (202) 727-0431 (fax)
    cary.pollak@dc.gov

    /s/ Grace Graham

>GRACE GRAHAM [472878]
>Assistant Attorney General
>441 4th Street, N.W.
>6th Floor South
>Washington, D.C. 20001
>(202) 442-9784 (phone)
>(202) 727-3625 (fax)
>grace.graham@dc.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 2, 2008, I electronically and via first-class mail, as indicated below, served a copy of the foregoing Notice of Appearance upon the following:

>**Nathan Saunders** (Plaintiff)
>322 4 Wheeler Road, SE
>Washington, DC 20031
>(202) 563-2363
>(via First-class mail)
>
>**Lee W. Jackson** (counsel for Parker, White, Smith, Tatum, Martel, Carrillo)
>O'DONNELL, SCHWARTZ & ANDERSON
>1300 L Street, NW
>Suite 1200
>Washington, DC 20005-1707
>(202) 898-1707
>Fax: (202) 682-9276
>Email: ljackson@odsalaw.com
>(via electronic filing)
>
>**David John Strom** (counsel for Squires, McElroy, AFT)
>AMERICAN FEDERATION OF TEACHERS, AFL-CIO
>555 New Jersey Avenue, NW
>Washington, DC 20001
>(202) 393-7474
>Fax: (202) 393-6385
>Email: dstrom@aft.org
>(via electronic filing)
>
>**Daniel James McNeil** (counsel for Squires, McElroy, AFT)
>AMERICAN FEDERATION OF TEACHERS
>555 New Jersey Avenue, N.W.
>Washington, DC 20001-2079

(202) 393-6305
Email: dmcneil@aft.org
(via electronic filing)

/s/ Cary D. Pollak
Cary D. Pollak
Senior Assistant Attorney General