UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATHAN A. SAUNDERS, II, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case No. 1:08-cv-00715-RMC |
| ) | |
| GEORGE PARKER et al, ) | |
| ) | |
| Defendants. ) | |

## MOTION TO AMEND ANSWERS OF
## ERICH MARTEL AND JOSEPH M. CARRILLO

Defendants Erich Martel, and Joseph M. Carrillo ("Defendants") respectfully move to amend their Answers filed on June 2, 2008. See Docket #s 9, 10. Defendants move this Court for leave to amend their Answers pursuant to Fed. R. Civil. P. 15(a), to include the affirmative defenses of lack of subject matter jurisdiction and failure to state a claim upon which relief can be granted, as set out in the Motion to Dismiss and Statements of Points and Authorities in Support of the Motion to Dismiss of Defendants George Parker, Charles Henry "Clay" White, II, Lorraine Smith, John Tatum, Erich Martel, and Joseph M. Carrillo filed on July 3, 3008. Defendants Martel and Carrillo, uncertain of whether they would be provided counsel by the Washington Teachers Union, filed Answers in an effort to avoid missing the 20-day deadline stated on the summons.

Pursuant to LCvR 7(m), counsel for Defendants has informed Plaintiff of Defendants' request, and Plaintiff does not consent.

In support of this motion, Defendants file an accompanying Statement of Points and Authorities. A proposed order is also attached.

Date:  July 2, 2008                                Respectfully submitted,

                                               O'DONNELL, SCHWARTZ & ANDERSON, P.C.

                                               By:  */s/ Lee W. Jackson*
                                                      Lee W. Jackson (DC Bar No. 436010)
                                                      Jennifer E. Ku (DC Bar No. 976439)
                                                      1300 L Street, NW, Suite 1200
                                                      Washington, DC 20005
                                                      (202) 898-1707/Fax (202) 682-9276
                                                      ljackson@odsalaw.com
                                                      jku@odsalaw.com

                                               *Attorneys for George Parker, Charles Henry*
                                               *"Clay" White, II*, *Lorraine Smith, John Tatum,*
                                               *Erich Martel, and Joseph M. Carrillo*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATHAN A. SAUNDERS, II, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case No. 1:08-cv-00715-RMC |
| ) | |
| GEORGE PARKER et al, ) | |
| ) | |
| Defendants. ) | |

**STATEMENT OF POINTS AND AUTHORITIES
IN SUPPORT OF DEFENDANTS' MOTION TO AMEND ANSWERS**

Defendants Erich Martel and Joseph M. Carrillo ("Defendants") respectfully move to amend Answer to Complaint, filed by Erich Martel and Answer to Complaint, filed by Joseph M. Carrillo. Both Answers were filed on June 2, 2008. See Docket #s 9, 10. Defendants move this Court for leave to amend their Answers pursuant to Fed. R. Civil. P. 15(a), to include the affirmative defenses of lack of subject matter jurisdiction and failure to state a claim upon which relief can be granted, as set out in the Motion to Dismiss and Statements of Points and Authorities in Support of the Motion to Dismiss of Defendants George Parker, Charles Henry "Clay" White, II, Lorraine Smith, John Tatum, Erich Martel, and Joseph M. Carrillo ("Motion to Dismiss") filed on July 3, 3008.

Plaintiff, Nathan Saunders filed his complaint on April 25, 2008. See Docket # 1. Saunders had a complaint and summons served on Defendants Martel and Carrillo on or around May 15, 2008. See Docket # 3. On May 29, 2008, the undersigned counsel filed a joint motion with Defendants Al Squire, Edward McElroy, and the American Federation of Teachers for an

extension of time to respond to Plaintiff's complaint on behalf of Defendants George Parker, Charles Henry "Clay" White, II, Lorraine Smith, John Tatum, Erich Martel, and Joseph M. Carrillo. See Docket # 7. On June 2, 2008, Defendants Martel and Carrillo, unaware of the request for the extension of time filed by undersigned counsel on behalf of Defendants George Parker, Charles Henry "Clay" White, II, Lorraine Smith, John Tatum, Erich Martel, and Joseph M. Carrillo, filed *Pro Se* Answers to the complaint. On June 2, 2008, the Court granted the joint motion for an extension of time to respond to Plaintiff's complaint. See Docket Entry "Minute Entry Order." On July 3, 2008, Defendants George Parker, Charles Henry "Clay" White, II, Lorraine Smith, John Tatum, Erich Martel, and Joseph M. Carrillo filed a motion to dismiss the plaintiff's complaint.

Under Rule 15, a party may amend a pleading only by leave of court or by written consent of the adverse party. Fed.R.Civ.P. 15. Rule 15 also states that the court should freely give leave when justice so requires. Id. An amendment is generally permitted unless there is "undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies…undue prejudice to the opposing party…futility of amendment, etc." Forman v. Davis, 371 U.S. 178, 182 (1962). Amendments are to be liberally granted and the non-movant bears the burden of showing why an amendment should not be allowed. Nurriddin v. Goldin, 383 F.Supp.2d 79, 91 (D.D.C. 2005) (citing Dove v. Washington Metropolitan Area Transit, 221 F.R.D. 246, 247 (D.D.C. 2004)). The key issue when considering a motion to amend is "whether the non-movant will suffer any prejudice from the amendment." Id.

In this case, there has been no undue delay, bad faith, or dilatory motive, and most importantly, there is no prejudice to Plaintiff in granting this motion. There has been no discovery, and no trial date has been set. Plaintiff has not filed any pleadings other than his

initial complaint, and only a month has passed between the time that Defendants Martel and Carrillo filed their *Pro Se* Answers and when the Motion to Dismiss was filed. Id. (citing Long v. Wilson, 393 F.3d 390, 399 (3rd Cir. 2004 (14-month delay in raising statutes of limitations defense not prejudicial where no evidence of bad faith); Block v. First Blood Associates, 988 F.2d 344, 351 (2d Cir. 1993) (court permitted new affirmative defense raised for first time four years after complaint filed because no bad faith)).

Defendants Martel and Carrillo filed their Answers prematurely. They were uncertain of whether the Washington Teachers Union would be providing representation on their behalf and were worried that they would miss the 20-day deadline stated on the summons. Defendants Martel and Carrillo were afraid that they would be found at fault on a procedural defect if they did not file Answers within that timeline. There are many individual Defendants and many of them were served on different dates. There was confusion about what date a response was due, and whether all the individual Defendants would be provided with counsel by the union. Although counsel filed a motion for extension of time to further investigate the allegations, Defendants Martel and Carrillo were not aware that this motion had been filed or whether that meant they were safe from any kind of penalty for not filing their own Answers in a timely fashion.

For the foregoing reasons, the Court should grant Defendants Martel and Carrillo's Motion to Amend Answers.

Date:  July 2, 2008                    Respectfully submitted,

                                       O'DONNELL, SCHWARTZ & ANDERSON, P.C.

                                       By:   */s/ Lee W. Jackson*
                                             Lee W. Jackson (DC Bar No. 436010)

3

        Jennifer E. Ku (DC Bar No. 976439)
        1300 L Street, NW, Suite 1200
        Washington, DC 20005
        (202) 898-1707/Fax (202) 682-9276
        ljackson@odsalaw.com
        jku@odsalaw.com

*Attorneys for George Parker, Charles Henry "Clay" White, II, Lorraine Smith, John Tatum, Erich Martel, and Joseph M. Carrillo*

## Certificate of Service

I hereby certify that I have this day caused the following people to be served by first-class mail postage pre-paid with a copy of the foregoing Motion to Amend Answers of Defendants Erich Martel and Joseph M. Carrillo, the Statement of Points and Authorities in Support, and a proposed order.

Nathan A. Saunders, II
3224 Wheeler Road, SE
Washington, D.C. 20032

Grace Graham
OFFICE OF THE ATTORNEY GENERAL
441 Fourth Street, NW
Suite 1060N
Washington, DC 20001

David John Strom
AMERICAN FEDERATION OF TEACHERS, AFL-CIO
555 New Jersey Avenue, NW
Washington, DC 20001

Daniel James McNeil
AMERICAN FEDERATION OF TEACHERS
555 New Jersey Avenue, N.W.
Washington, DC 20001-2079

Date:   July 2, 2008                                              ___/s/ Lee Jackson_____
                                                                              Lee Jackson

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATHAN A. SAUNDERS, II, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Case No. 1:08-cv-00715-RMC |
| | ) |
| GEORGE PARKER et al, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of Defendants Erich Martel and Joseph M. Carrillo's Motion to Amend Answers, it is this _____ day of _____, 2008, hereby

**ORDERED** that Defendants Erich Martel and Joseph M. Carrillo's Motion to Amend Answers is **GRANTED**.

Date: _____      _____
                                                                                  United States District Judge