## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

|  |  |  |
|---|---|---|
| **NATHAN A. SAUNDERS, II,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 08-715 (RMC)** |
| | ) | |
| **GEORGE PARKER,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

_____)

## ORDER DIRECTING PLAINTIFF TO RESPOND TO MOTIONS TO DISMISS

Pending before the Court is a Motion to Dismiss the Complaint by Defendants Adrian Fenty and Michelle Rhee [Dkt. # 11]; a Motion to Dismiss, and in Opposition to Plaintiff's Request for Appointment of Counsel by Defendants George Parker, Charles Henry "Clay" White, II, Lorraine Smith, John Tatum, Erich Martel, and Joseph M. Carillo [Dkt. # 14]; and a Motion to Dismiss by Defendants American Federation of Teachers, Edward J. McElroy and Al Squire [Dkt. # 16]. Because resolution of these motions may dispose of the case as to the defendants who filed them, the Court advises the *pro se* Plaintiff of his obligations under the Federal Rules of Civil Procedure and the local rules of this Court. *See Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988); *Ham v. Smith*, 653 F.2d 628 (D.C. Cir. 1981).

Plaintiff is advised that the Court will rule on the Defendants' motions taking into consideration the facts proffered by Plaintiff in his complaint, along with his responses or oppositions to the motions. Plaintiff's attention is directed to Local Civil Rule 7(b), which states:

> Within . . . such . . . time as the Court may direct, an
> opposing party shall serve and file a memorandum of

1

> points and authorities in opposition to the motion. If
> such a memorandum is not filed within the prescribed
> time, the Court may treat the motion as conceded.

LCvR 7(b). If Plaintiff fails to respond to the motions, the Court may grant the motions and dismiss the case as to the Defendants who filed them. *Fox v. Strickland*, 837 F.2d at 509. Additionally, the Plaintiff is directed to Rule 6(d) of the Federal Rules of Civil Procedure which provides:

> When a party may or must act within a specified time
> after service and service is made [by mail or by other
> means consented to in writing by the person served],
> 3 days are added after the period would otherwise
> expire....

Fed. R. Civ. P. 6(d).

The Court may treat as conceded any motion not opposed within the time limits outlined above. Alternatively, the Court may consider on the merits any motion not opposed within the time limits outlined above. Thus, failure to respond to the Defendants' motions in this case carries with it the risk that the case will be dismissed as against those Defendants.

Accordingly, it is hereby

**ORDERED** that Plaintiff shall file his opposition or other response to (1) Defendants Adrian Fenty's and Michelle Rhee's Motion to Dismiss the Complaint [Dkt. # 11], (2) the Motion to Dismiss, and in Opposition to Plaintiff's Requests for Appointment of Counsel, of Defendants George Parker, Charles Henry "Clay" White, II, Lorraine Smith, John Tatum, Erich Martel, and Joseph M. Carrillo [Dkt. # 14], and (3) the Motion to Dismiss by Defendants American Federation of Teachers, Edward J. McElroy and Al Squire [Dkt. # 16] no later than **September 8, 2008**. If Plaintiff does not respond in a timely manner, the Court may treat the motions as conceded and summarily dismiss the case as to the Defendants whose motions are granted.

**SO ORDERED**.


Date: August 6, 2008                                            /s/
                                                _____
                                                ROSEMARY M. COLLYER
                                                United States District Judge